Leon Greenberg, NSB 8094
Dana Sniegocki, NSB  11715
Leon Greenberg Professional Corporation
2965 South Jones Boulevard #E-4
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

---------------------------------x

| | |
|---|---|
| STEPHANIE MATSUMOTO, Individually and on behalf of all others similarly situated, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>FCNH, INC., VIRGINIA MASSAGE THERAPY, INC., MID-ATLANTIC MASSAGE THERAPY, INC., STEINER EDUCATION GROUP, INC., STEINER LEISURE LTD., SEG CORT LLC, doing business as the "Steiner Education Group," )<br><br>Defendants. ) | **Case No.:** 13-CV-1973 RCJ-CWH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS PER FRCP RULE 41(a)** |

PLEASE TAKE NOTICE that plaintiff, STEPHANIE MATSUMOTO, hereby dismisses this action, without prejudice, pursuant to FRCP Rule 41(a)(1)(A)(i).

Dated this 25th day of February, 2014

        Leon Greenberg Professional Corporation

        */s/ Leon Greenberg*
By:_____

        Leon Greenberg, SB#8094
        2965 South Jones Boulevard E-4
        Las Vegas, NV 89146
        (702) 383-6085
        leongreenberg@overtimelaw.com
        Attorney for Plaintiff